UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC SMITH, | No. CV 13-01921-DMG (VBK) |
| Plaintiff, | ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE FIRST AMENDED COMPLAINT |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a _de novo_ determination of the Report and Recommendation. Further, the Court has engaged in _de novo_ review of those portions of the Report to which Plaintiff has objected.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge, and (2) directing that Judgment be entered dismissing the First Amended Complaint, and the action, with prejudice.

DATED: May 30, 2014

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE